# UNITED STATES DISTRICT COURT
## FOR THE
### District of Guam

UNITED STATES OF AMERICA

v.

KYU TAE LEE

CRIMINAL CASE NO. 03-00086-001

**FILED**
DISTRICT COURT OF GUAM
FEB - 3 2006
MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **January 13, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
Richard Arens, AFPD
Guam Bureau of Immigration and Customs Enforcement
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 3rd day of February 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**RECEIVED**
FEB - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL